UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOMMY MCCOY, INDIVIDUALLY, AND TOMMY MCCOY, INC., | § § § § § | |
| Plaintiffs, | | |
| v. | § § | CAUSE NO. 3:20-cv-03062 |
| VALVOLINE, L.L.C., | § § § § | |
| Defendant. | | |

**STIPULATION FOR TRIAL TO THE COURT**

Plaintiffs Tommy McCoy and Tommy McCoy, Inc. and Defendant Valvoline, LLC submit this joint stipulation that the parties request that all issues in this lawsuit be tried to the Court and not to a jury.

Plaintiffs Tommy McCoy and Tommy McCoy, Inc. hereby withdraw their demand for a jury trial, as stated in the parties' Joint Status Report filed on November 22, 2020.

Defendant Valvoline, LLC has not made a demand for a jury trial.

WHEREFORE, Plaintiffs Tommy McCoy and Tommy McCoy, Inc. and Defendant Valvoline, LLC request that the Court accept this stipulation; and that the parties be relieved from the briefing required under the Court's Order dated November 24, 2020 because the issue regarding the Plaintiffs' demand for trial to a jury is moot.

Respectfully submitted by,

*/s/ Robert R. Cole, Jr.*
Robert R. Cole, Jr.
Cole & Cole, P.C.
Robert R. Cole, Jr.

        T.S.B. # 04548400
        7703 Twisted Oaks Circle
        Dallas, TX 75231
        214-343-7007
        bobcole@colecolepc.com
        Attorneys for Plaintiffs

        Respectfully submitted,

        */s/ Jeremy W Hawpe*
        Jeremy W. Hawpe
        Texas State Bar No. 24046041
        Ross G. Reyes
        Texas State Bar No. 24105707
        LITTLER MENDELSON, P.C.
        2001 Ross Avenue
        Suite 1500, Lock Box 116
        Dallas, TX 75201-2931
        (214) 880-8100 (Telephone)
        (214) 880-0181 (Facsimile)
        jhawpe@littler.com
        rgreyes@littler.com
        ATTORNEYS FOR DEFENDANT
        VALVOLlNE, LLC

## Certificate of Service

I certify that I have delivered a copy of this "Stipulation for Trial to the Court" to all counsel of record through the CM/ECF system on December 15, 2020.

        */s/ Robert R. Cole, Jr.*